UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 21-14016-CR-CANNON

UNITED STATES OF AMERICA,

vs.

PAUL ALLAN ZELIAS,

        Defendant.

_____/

## DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States for the Southern District of Florida hereby dismisses the Indictment against the Defendant Paul Allan Zelias.

By: _____
     JUAN ANTONIO GONZALEZ
     ACTING UNITED STATES ATTORNEY